**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Email:   ltfisher@bursor.com
         apersinger@bursor.com
         ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE CORTES, on Behalf of Himself and all Others Similarly Situated,<br><br>              Plaintiff,<br>     v.<br><br>NATIONAL CREDIT ADJUSTERS, L.L.C.,<br><br>              Defendant. | Case No.  2:16-cv-00823-MCE-EFB<br><br>**DECLARATION OF YEREMEY KRIVOSHEY IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** |

1   I, Yeremey Krivoshey, declare as follows:

2       1.    I am an attorney with the law firm of Bursor & Fisher, P.A., counsel of record for Plaintiff Mike Cortes in the above-entitled matter. I have personal knowledge of the matters set forth below, and if called to testify, I could and would testify competently thereto.

    2.    Plaintiff filed a Complaint with this Court on April 20, 2016, thereby commencing this action.

    3.    A process server hired by my firm served the Summons and Complaint in this matter upon Defendant National Credit Adjusters, L.L.C. ("Defendant" or "National Credit Adjusters") on April 25, 2016. Service was accomplished by personally delivering the Summons and Complaint to Nicholas Moore, Associate Legal Counsel for National Credit Adjusters. National Credit Adjusters was served at the address listed for its Registered Agent both on the California Secretary of State and the Kansas Secretary of State websites.

    4.    Attached hereto as Exhibit A is a true and correct copy of the Proof of Service (ECF Doc. No. 4), which demonstrates that Plaintiff accomplished service on National Credit Adjusters on April 25, 2016.

    5.    In accordance with Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, May 16, 2016 was the deadline for National Credit Adjusters to answer or otherwise to respond to the Complaint.

    6.    As of the date of this declaration, National Credit Adjusters has neither filed an answer nor otherwise responded to the Complaint, and no extension has been granted.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed this 8th day of June 2016, at Walnut Creek, California.

By:   */s/ Yeremey Krivoshey*
        Yeremey Krivoshey

DECLARATION OF YEREMEY KRIVOSHEY
2:16-cv-00823-MCE-EFB

1

**EXHIBIT A**

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MIKE CORTES,

V.     SUMMONS IN A CIVIL CASE

NATIONAL CREDIT ADJUSTERS, L.L.C.,

CASE NO: 2:16-CV-00823-MCE-EFB

TO: **National Credit Adjusters, L.L.C.**
Defendant's Address:

> National Credit Adjusters, L.L.C.
> 327 W. 4th Ave
> Hutchinson, KS 67501

**YOU ARE HEREBY SUMMONED** and required to serve on

**Yeremey Olegovich Krivoshey**
**Bursor & Fisher, P.A.**
**1990 North California Blvd., Suite 940**
**Walnut Creek, CA 94596**

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARIANNE MATHERLY**
CLERK

/s/  T. Jackson

(By) DEPUTY CLERK



ISSUED ON 2016-04-21 08:22:48.0, Clerk
USDC EDCA

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | April 25, 2016 @ 4:20 p.m. |
| NAME OF SERVER *(PRINT)* | TITLE |
| Norman Diggs | Special Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: National Credit Adjusters, LLC through its Associate Legal Counsel, Nicholas Moore

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 25, 2016
              *Date*

*Signature of Server:* Norman D Diggs

P.O. Box 781444, Wichita, KS 67278-1444
*Address of Server*