**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Email:   ltfisher@bursor.com
         apersinger@bursor.com
         ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE CORTES, on Behalf of Himself and all Others Similarly Situated, | Case No. 2:16-cv-00823-MCE-EFB |
| Plaintiff, | **DECLARATION OF MATT RATELIFF** |
| v. | |
| NATIONAL CREDIT ADJUSTERS, L.L.C., | |
| Defendant. | |

# DECLARATION OF MATT RATELIFF

I, Matt Rateliff, declare as follows:

1.     I am the Director of Information Services at First Orion Corp. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto under oath.

2.     First Orion Corp. d/b/a PrivacyStar manages a number of independent cell phone call management applications ("CMAs").

3.     The CMAs have a few basic, overlapping functions. Each CMA has the ability to alert the user of when an incoming call is coming from a known telemarketer or debt collector. Each CMA allows the user to file a complaint with the Federal Trade Commission ("FTC") directly through the application concerning abusive debt collection and telemarketing practices. The CMAs also automatically record the time, duration, and date of an incoming call to a user's cellular telephone from known or suspected debt collectors and telemarketers.

4.     One of First Orion's CMAs, Metro Block-It has an account associated with Plaintiff Mike Cortes' cellular telephone number. There is a record of 6 incoming calls from "National Credit Adjusters" on the account associated with Mike Cortes' cellular telephone number between February 5, 2016 and February 8, 2016. Metro Block-It identifies the telephone numbers used to call Mr. Cortes' cellular telephone number, the date, duration, and time of each of these 6 calls, and identifies "National Credit Adjusters" as the entity making each call.

5.     A record of the number of calls, the identity of the caller, the number used to make the calls, and the date, time, and duration of calls could similarly be compiled for each subscriber or former subscriber in CMAs' records.

6.     From the period of April 20, 2012 to April 20, 2016, a review of the CMAs' records shows that 1,176 former or current CMA subscribers received one or more calls on their cellular phones from numbers in the CMAs' systems associated with "National Credit Adjusters." For this same time period, these 1,176 individuals received an average of 4.49 calls to their cellphones from National Credit Adjusters.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on Sept 6, 2016 in Conway, Arkansas.

Matt Rateliff