James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions.legal
jschultz@sessions.legal
*Attorneys for Defendant National Credit Adjusters, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE CORTES, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>   vs.<br><br>NATIONAL CREDIT ADJUSTERS, LLC,<br><br>          Defendant.<br>)))))))))))) | Case No. 2:16-cv-00823 MCE- EFB<br><br>**RESPONSE TO STATUS REPORT** |

Defendant National Credit Adjusters, LLC (NCA) respectfully submits the following response to the Status Report filed by Plaintiff on September 26, 2018. Docket 26.

Plaintiff states the Status Report was filed in response to the Court's August 2, 2017 order which required a status report every 60 days "updating the Court as to the status of the case and the composition of the class."

As part of his status report, Plaintiff mischaracterizes the content of a telephone conversation between his counsel, Yeremey Krivoshey, and Mark Fletchall, general counsel for Defendant.  Plaintiff insinuates that Mr. Fletchall took a position during that telephone conversation contrary to Defendant's position set forth in the Motion to Set Aside Default currently pending before the Court. Tellingly, the declaration of Mr. Krivoshey, filed September 20, 2018 in support of Plaintiff's opposition to the Motion to Set Aside Default, does not relay the purported content of his conversation with Mr. Fletchall.

The inclusion within the Status Report of what is effectively argument concerning the merits of the pending motion is clearly outside the Court's order to provide an update concerning the status of the case and composition of the class and should be stricken.

Dated: 10/2/2018                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.


                                */s/Debbie P. Kirkpatrick*
                                Debbie P. Kirkpatrick
                                Attorney for Defendant
                                National Credit Adjusters, LLC