**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email:    ltfisher@bursor.com
          ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE CORTES, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>NATIONAL CREDIT ADJUSTERS, L.L.C.,<br><br>Defendant. | Case No.  2:16-cv-00823-MCE-EFB<br><br>**STIPULATION TO VACATE FEBRUARY 7, 2019 HEARING AND REMAINING PRETRIAL DEADLINES; NOTICE OF SETTLEMENT; AND PROPOSED ORDER** |

1    Pursuant to Civil Local Rule 143, Plaintiff Mike Cortes ("Plaintiff") and Defendant National Credit Adjusters, L.L.C. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, stipulate as follows:

WHEREAS, on August 2, 2017, the Court granted Plaintiff's motion for class certification, entered default judgment as to liability, and held the issue of damages in abeyance (ECF Doc. No. 10);

WHEREAS, on August 3, 2018, the Court approved Plaintiff's notice plan, directed Plaintiff to provide notice to the class, and held judgment as to liability in abeyance for the duration of the notice period;

WHEREAS, on August10, 2018, Plaintiff caused notice to be disseminated pursuant to the Court's August 3, 2018 order (ECF Doc. No. 26);

WHEREAS, on September 4, 2018, Defendant filed a Motion to Set Aside Default, for Leave to File an Answer and Affirmative Defenses and to Vacate August 2, 2017 Memorandum and Order (ECF Doc. No. 23), and Defendant's motion has now been fully briefed;

WHEREAS, on November 20, 2018, Plaintiff filed a Motion for Damages and Costs (ECF Doc. No. 29), and Plaintiff's motion has now been fully briefed;

WHEREAS, on January 10, 2019, the Court, on its own motion, scheduled Defendant's Motion to Set Aside Default to be heard on February 7, 2019, at 11:00 a.m. (ECF Doc. No. 33);

WHEREAS, on January 18, 2019, the Parties participated in a mediation with Martin Quinn, Esq., at JAMS in San Francisco, CA.

WHEREAS, on February 5, 2019, the Parties executed a binding Term Sheet setting out an agreement to settle all claims in this action on a class basis;

WHEREAS, the Parties agree to work in a good faith basis to execute a full class action settlement agreement, to be submitted to the Court for preliminary and final approval;

WHEREAS, there is no longer a reason to have a hearing on February 7, 2019, as the Parties have agreed to settle all of their claims;

1  NOW THEREFORE, IT IS STUPULATED AND AGREED by the Parties, by and through their counsel, that the February 7, 2019 hearing and all remaining pretrial deadlines shall be vacated.

Dated:  February 5, 2019

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:      */s/ Yeremey Krivoshey*
         Yeremey Krivoshey

L. Timothy Fisher (State Bar No. 191626)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
      ykrivoshey@bursor.com


**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

Dated:  February 5, 2019

Respectfully submitted,

**SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.**

By:      */s/ James K. Schultz*
         James K. Schultz

James K. Schultz (State Bar No. 309945)
Debbie P. Kirkpatrick (State Bar No. 207112)
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
Telephone: (619) 758-1891
Facsimile: (619) 296-2013
E-Mail: jschultz@sessions.legal
      dkirkpatrick@sessions.lega

*Attorneys for Defendant National Credit Adjusters, LLC*

## **PROPOSED ORDER**

    IT IS HEREBY ORDERED that all deadlines and hearings governing this matter are vacated.


DATED:_____            _____
                                                          MORRISON C. ENGLAND, JR.
                                                          United States District Judge