**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Email:    ltfisher@bursor.com
             ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE CORTES, on Behalf of Himself and all Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL CREDIT ADJUSTERS, L.L.C., <br><br> Defendant. | Case No. 2:16-cv-00823-MCE-EFB <br><br> **STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIONAL PAPERS PURSUANT TO LOCAL RULE 160 AND ORDER** |

Pursuant to Civil Local Rule 143, Plaintiff Mike Cortes ("Plaintiff") and Defendant National Credit Adjusters, L.L.C. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, stipulate as follows:

WHEREAS, on January 18, 2019, the Parties participated in a mediation with Martin Quinn, Esq., at JAMS in San Francisco, California;

WHEREAS, on February 5, 2019, the Parties executed a binding Term Sheet setting out an agreement to settle all claims in this action on a class basis;

WHEREAS, on February 6, 2019, upon stipulation of the Parties and notice of the settlement, the Court vacated all remaining pretrial deadlines and ordered the Parties to file dispositional papers pursuant to Local Rule 160 by February 28, 2019 (Dkt. No. 35);

WHEREAS, the Parties are still working on drafting the full class settlement agreement (along with all of the relevant exhibits thereto, *i.e.*, long form and short-form notice documents, proposed final approval and judgment orders, *etc*.);

WHEREAS, once the full class settlement agreement is executed, Plaintiff intends to file a motion for preliminary approval of the settlement and provide the Court with a copy of the executed class settlement agreement at that time;

WHEREAS, due to the extensive time needed to draft (and negotiate) the full class action settlement agreement and the motion for preliminary approval, the Parties anticipate that they will be able to execute the class action settlement agreement and that Plaintiff will be able to file a motion for preliminary approval within 120 days of this filing;

NOW THEREFORE, IT IS STUPULATED AND AGREED by the Parties, by and through their counsel, that the Parties' deadline to file dispositional papers pursuant to Local Rule 160 shall be extended to June 28, 2019.

Dated:  February 28, 2019                    Respectfully submitted,

                                            **BURSOR & FISHER, P.A.**

                                            By*:*     */s/ Yeremey Krivoshey*
                                                        Yeremey Krivoshey

L. Timothy Fisher (State Bar No. 191626)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
          ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

Dated: February 28, 2019                    Respectfully submitted,

**SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.**

By: ___*/s/ James K. Schultz*___
          James K. Schultz

James K. Schultz (State Bar No. 309945)
Debbie P. Kirkpatrick (State Bar No. 207112)
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
Telephone: (619) 758-1891
Facsimile: (619) 296-2013
E-Mail: jschultz@sessions.legal
          dkirkpatrick@sessions.lega

*Attorneys for Defendant National Credit Adjusters, LLC*

///

///

///

**ORDER**

Upon review of the Parties' Stipulation (ECF No. 36), IT IS HEREBY ORDERED that the Parties' deadline to file dispositional papers pursuant to Local Rule 160 shall be extended to **June 28, 2019**.

IT IS SO ORDERED.

Dated:  March 4, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE