**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Email:  ltfisher@bursor.com
         ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
2665 S. Bayshore Dr., Suite 220
Miami, FL 33133-5402
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE CORTES, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>NATIONAL CREDIT ADJUSTERS, L.L.C.,<br><br>Defendant. | Case No.  2:16-cv-00823-MCE-EFB<br><br>**STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIONAL PAPERS PURSUANT TO LOCAL RULE 160 AND ORDER** |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 143, Plaintiff Mike Cortes ("Plaintiff") and Defendant National |
| 2 | Credit Adjusters, L.L.C. ("Defendant") (collectively, the "Parties"), by and through their respective |
| 3 | counsel, stipulate as follows: |
| 4 | WHEREAS, on January 18, 2019, the Parties participated in a mediation with Martin Quinn, |
| 5 | Esq., at JAMS in San Francisco, California; |
| 6 | WHEREAS, on February 5, 2019, the Parties executed a binding Term Sheet setting out an |
| 7 | agreement to settle all claims in this action on a class basis; |
| 8 | WHEREAS, on February 6, 2019, upon stipulation of the Parties and notice of the settlement, |
| 9 | the Court vacated all remaining pretrial deadlines and ordered the Parties to file dispositional papers |
| 10 | pursuant to Local Rule 160 by February 28, 2019 (Dkt. No. 35); |
| 11 | WHEREAS, on June 28, 2019, upon stipulation of the Parties, the Court extended the Parties' |
| 12 | deadline to file dispositional papers pursuant to Local Rule 160 to June 28, 2019 (Dkt. 37); |
| 13 | WHEREAS, the Parties have made significant progress but need more time to finalize the full |
| 14 | class settlement agreement (along with all of the relevant exhibits thereto, *i.e.*, long form and short- |
| 15 | form notice documents, proposed final approval and judgment orders, *etc.*); |
| 16 | WHEREAS, once the full class settlement agreement is executed, Plaintiff intends to file a |
| 17 | motion for preliminary approval of the settlement and provide the Court with a copy of the executed |
| 18 | class settlement agreement at that time; |
| 19 | WHEREAS, due to the extensive time needed to draft (and negotiate) the full class action |
| 20 | settlement agreement and the motion for preliminary approval, the Parties anticipate that they will be |
| 21 | able to execute the class action settlement agreement and that Plaintiff will be able to file a motion |
| 22 | for preliminary approval by August 9, 2019; |
| 23 | NOW THEREFORE, IT IS STUPULATED AND AGREED by the Parties, by and through |
| 24 | their counsel, that the Parties' deadline to file dispositional papers pursuant to Local Rule 160 shall |
| 25 | be extended to August 9, 2019. |
| 26 | |
| 27 | |
| 28 | |

Dated: June 28, 2019	Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Yeremey Krivoshey*
      Yeremey Krivoshey

L. Timothy Fisher (State Bar No. 191626)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
      ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
2665 S. Bayshore Dr., Suite 220
Miami, FL 33133-5402
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

Dated: June 28, 2019	**SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.**

By: */s/ James K. Schultz*
      James K. Schultz

James K. Schultz (State Bar No. 309945)
Debbie P. Kirkpatrick (State Bar No. 207112)
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
Telephone: (619) 758-1891
Facsimile: (619) 296-2013
E-Mail: jschultz@sessions.legal
      dkirkpatrick@sessions.legal

*Attorneys for Defendant National Credit Adjusters, LLC*

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | IT IS HEREBY ORDERED the Parties' deadline to file dispositional papers pursuant to |
| 4 | Local Rule 160 shall be extended to **August 9, 2019**. |
| 5 | IT IS SO ORDERED. |
| 6 | Dated: July 18, 2019 |

_[Signature]_
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE