**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email:   ltfisher@bursor.com
            ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
2665 S. Bayshore Dr., Suite 220
Miami, FL 33133
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-Mail:  scott@bursor.com

*Class Counsel*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE CORTES, on Behalf of Himself and All Others Similarly Situated,<br><br>                            Plaintiff,<br>     v.<br><br>NATIONAL CREDIT ADJUSTERS, L.L.C.,<br><br>                            Defendant. | Case No.  2:16-cv-00823-MCE-EFB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  April 30, 2020<br>Time:  2:00 p.m.<br>Courtroom:  7 |

1   **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2       **PLEASE TAKE NOTICE THAT** on April 30, 2020 at 2:00 p.m. or as soon thereafter as

3   counsel may be heard by the above-captioned Court, located at 501 I Street, Courtroom 7 – 14th

4   Fl., Sacramento, CA 95814, in the courtroom of Judge Morrison C. England, Plaintiff Mike Cortes

5   will move and hereby does move pursuant to Federal Rule of Civil Procedure 23(e) for the Court

6   to: (1) grant preliminary approval of the proposed Settlement Agreement, (2) establish procedures

7   for giving notice to members of the Settlement Class, (3) establish procedures for giving notice to

8   members of the Settlement Class, (4) approve forms of notice to Settlement Class Members, (5)

9   mandate procedures and deadlines for exclusion requests and objections, and (6) set a date, time,

10  and place for a final approval hearing.

11      This motion is made on the grounds that preliminary approval of the proposed class action

12  settlement is proper, given that each requirement of Rule 23(e) has been met.

13      This motion is based on this notice of motion and motion, on the Memorandum of Points &

14  Authorities, the Declarations of Yeremey Krivoshey, William Wickersham, and Plaintiff Mike

15  Cortes, the files and pleading in this action and such other and further material as may be elicited at

16  the hearing on this motion.

17

18  Dated: March 23, 2020        **BURSOR & FISHER, P.A.**

19          By:   */s/ Yeremey Krivoshey*

20                  Yeremey Krivoshey

21          L. Timothy Fisher (State Bar No. 191626)
        Yeremey O. Krivoshey (State Bar No.295032)

22          1990 North California Blvd., Suite 940
        Walnut Creek, CA  94596

23          Telephone: (925) 300-4455
        Facsimile:  (925) 407-2700

24          Email:    ltfisher@bursor.com
                ykrivoshey@bursor.com

25

26          **BURSOR & FISHER, P.A.**
        Scott A. Bursor (State Bar No. 276006)

27          2665 S. Bayshore Dr., Suite 220
        Miami, FL 33133

28          Telephone: (305) 330-5512

Facsimile:  (305) 676-9006
E-Mail: scott@bursor.com

*Class Counsel*

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT
CASE NO. 2:16-CV-00823-MCE-EFB

2