1

**BURSOR & FISHER, P.A.**

2

L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No.295032)

3

1990 North California Blvd., Suite 940

4

Walnut Creek, CA  94596
Telephone: (925) 300-4455

5

Email:   ltfisher@bursor.com
             ykrivoshey@bursor.com

6

7

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)

8

701 Brickell Avenue, Suite 1420
Miami, FL 33131-2800

9

Telephone: (305) 330-5512
Facsimile:  (305) 676-9006

10

E-Mail: scott@bursor.com

11

*Attorneys for Plaintiff*

12

13

UNITED STATES DISTRICT COURT

14

EASTERN DISTRICT OF CALIFORNIA

15

16

MIKE CORTES, on Behalf of Himself and
all Others Similarly Situated,

CASE NO. 2:16-cv-00823-MCE-EFB

17

Plaintiff,

**DECLARATION OF DANA BOUB
ON BEHALF OF SETTLEMENT
ADMINISTRATOR RG/2
CLAIMS ADMINISTRATION IN
SUPPORT OF PLAINTIFF'S
MOTION FOR FINAL
APPROVAL OF CLASS ACTION
SETTLEMENT**

18

19

vs.

20

NATIONAL CREDIT ADJUSTERS, L.L.C.,

21

Defendant.

22

23

24

25

**DECLARATION OF DANA BOUB**

26

I, Dana Boub, hereby declare and state as follows:

27

1.     I am a project manager for RG/2 Claims Administration LLC ("RG/2 Claims"),

28

whose address is 30 South 17th Street, Philadelphia, Pennsylvania 19103.  I am over the age of

18, have personal knowledge of the matters set forth herein, and if called upon to do so, could testify competently to them.

2.     RG/2 Claims is a full-service class action settlement administrator offering notice, claims processing, allocation, distribution, tax reporting, and class action settlement consulting services.   RG/2 Claims' experience includes the provision of notice and administration services for settlements arising from antitrust, consumer fraud, civil rights, employment, negligent disclosure, and securities fraud allegations.  Since 2000, RG/2 Claims has administered and distributed in excess of $1.7 billion in class action settlement proceeds.

3.     RG/2 Claims was retained to, among other tasks, a) prepare, print, and mail personalized Notices in English to all Settlement Class Members identified by Defendants; b) track the requests for exclusions and objections; c) handle inquiries from Settlement Class Members; d) re-mail notices; e) skip-trace undeliverable addresses; f) calculate and issue distribution checks to Settlement Class Members; and g) conduct such other tasks as the Parties mutually agree or the Court orders RG/2 Claims to perform.  RG/2 Claims will continue to perform these duties in effectuating the Settlement Agreement hereafter.

4.     On April 2, 2020, RG/2 caused to be served by First-Class mail, a Notice of Proposed Settlement to the United States Attorney General and 38 State and Territory Attorney Generals.  A copy of the Notice of Proposed Settlement, excluding its exhibits, is attached hereto as **Exhibit A.**

5.     Working in conjunction with Plaintiffs' Counsel and experts at the Class Experts Group ("CEG"), RG/2 Claims received updated excel files containing lists of individuals who were considered Settlement Class Members. In total, RG/2 obtained contact information for 4991 out of a total of 5,154 people believed to be Settlement Class Members.

6.     Prior to mailing the Notice Packets, and in order to locate the most recent addresses for the 4991 Settlement Class Members, RG/2 Claims ran the Class data list of names and addresses through the United States Postal Service's National Change of Address database ("NCOA") and updated the data with any corrected information from the NCOA.

DECLARATION OF DANA BOUB IN SUPPORT OF MOTION FOR FINAL APPROVAL

7.      On July 21, 2020, RG/2 Claims served by First Class U.S. Mail the *Postcard Notice*, in English, to the 4991 Class Members.

8.      To date, a total of 349 mailed Notices were returned by the U.S. Postal Service as undeliverable.  RG/2 then performed a standard skip-trace procedure and was able to re-mail 287 Postcard Notices for whom an updated address was located.  A total of 62 Notice packets remained undeliverable.

9.      The Notice informed Class Members of their right to request exclusion from the Settlement, provided the request is received or postmarked on or before September 21, 2020. To date, RG/2 Claims has received zero Requests for Exclusion from the Settlement.

10.     The Notice also informed Class Members of their right to object to the Settlement, provided the objection is received or postmarked on or before September 21, 2020. To date, RG/2 Claims has not received or been advised of any objections to the Settlement.

11.     Through the date of this declaration, RG/2 has incurred fees and costs associated with the administration of this class action. We will further incur additional fees and costs for calculating tax payments, distribution, and responding to inquiries. RG/2 Claims estimates the total cost to finalize this Settlement Administration will be $30,948.

I declare under penalty of perjury foregoing is true and correct and that this declaration was executed on August 28, 2020 at Philadelphia, Pennsylvania.


By: *Dana Boub*

Dana Boub, Declarant

DECLARATION OF DANA BOUB IN SUPPORT OF MOTION FOR FINAL APPROVAL

# EXHIBIT A

**RG2**
**Claims**
**Administration LLC**

April 2, 2020

«First» «Last», Esq.
«State» Attorney General
«Street_1»
«Street2»
«City», «State1» «Zip»

Re:     *Mike Cortes, et al. v. National Credit Adjusters, L.L.C.*
        United States District Court, Eastern District of California
        Case No. 2:16-cv-00823-MCE-EFB
        Notice of Proposed Settlement

To the Honorable «First» «Last», Esq.:

Pursuant to the Class Action Fairness Act of 2005 (specifically 28 U.S.C.A. § 1715), Defendant, National Credit Adjusters, L.L.C., and the Claims Administrator, RG/2 Claims Administration LLC, hereby give notice in the above-captioned matter of the following:

1.   Class Counsel has filed the Plaintiff's Notice of Motion and Motion for Preliminary Approval of Class Action Settlement, a copy of which is available for viewing on the CAFA Documents page of the website www.NCALawsuit.com.

2.   A hearing on preliminary approval has been scheduled for April 30, 2020, before the Honorable Morrison C. England in Courtroom 7 at 501 I Street, 14th Floor, Sacramento, CA 95814.

3.   Pursuant to the requirements under the Class Action Fairness Act of 2005, copies of the following documents are also available for viewing online on the CAFA Documents page of the website www.NCALawsuit.com:

        1) Class Action Complaint;

        2) Settlement Agreement;

        3) Proposed Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement;

        4) Declaration of William Wickersham in Support of Plaintiff's Motion for Preliminary Approval;



> 5) Declaration of Mike Cortes in Support of Motion for Preliminary Approval of Class Action Settlement;
>
> 6) Declaration of Yeremey Krivoshey in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement; and
>
> 7) Plaintiff's Memorandum of Points and Authorities in Support of Motion for Preliminary Approval of Class Action Settlement.

4. The Settlement Class consists of two separate classes, which are:  The "**Certified Class**" defined as all persons within the United States who: (a) are current or former subscribers of the Call Management applications; (b) and received one or more calls; (c) on his or her cellular telephone line; (d) made by or on behalf of Defendant National Credit Adjustors, LLC (NCA); (e) for whom NCA had no record of prior express written consent; (f) and such phone call was made with the use of an artificial or prerecorded voice or with the use of an automatic telephone dialing system as defined under the TCPA; (g) at any point that begins April 21, 2012 until August 2, 2017; and the "**2016 California Class**" defined as all persons (a) in California; (b) called by or on behalf of Defendant; (c) between January 1, 2016 through December 31, 2016; (d) regarding a purported debt owed; (e) using an artificial or prerecorded voice or an automatic telephone dialing system as defined under the TPCA.

5. It is not feasible to provide the anticipated gross settlement amount allocations or the names of all Class Members until RG/2 has had the opportunity to reasonably locate Class Members and process and Requests for Exclusion. We are providing a table of the estimated number of Class Members, updated through the date of this notice, residing in each state. This table is available for viewing on the CAFA Documents page of the website www.NCALawsuit.com.  The names of potential Class Members per state is available upon request.

If you have questions about this notice, the lawsuit, or the enclosed materials, please contact us at 215-979-6681.

Sincerely,

RG/2 Claims Administration LLC