**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email:    ltfisher@bursor.com
              ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131-2800
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-Mail: scott@bursor.com

*Class Counsel*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE CORTES, on Behalf of Himself and all Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>NATIONAL CREDIT ADJUSTERS, L.L.C.,<br><br>                    Defendant. | Case No.  2:16-cv-00823-MCE-EFB<br><br>**ORDER APPROVING AWARD OF ATTORNEY'S FEES, EXPENSES, AND SERVICE AWARD**<br><br>Judge: Hon. Morrison C. England, Jr. |

The Court, having reviewed the papers filed in support of Plaintiff's Motion for an Award of Attorney's Fees, Expenses, and Service Award, heard the arguments of counsel, and good cause appearing therefore, the motion is hereby GRANTED and it is ORDERED as follows:

1. The Court awards $1,019,475.13 in attorney's fees for Bursor & Fisher, P.A. ("Class Counsel") as attorney's fees.

2. The Court awards to Plaintiff Mike Cortes $2,000 as a service award for his participation in this matter.

3. The Court awards $17,658.93 to Bursor & Fisher, P.A. as reimbursement of out-of-pocket expenses in connection with the prosecution of this matter.

4. Defendant shall pay the above attorney's fees, expenses, and service award pursuant to and in the manner provided by the terms of the Settlement Agreement.

IT IS SO ORDERED.

Dated:  December 4, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE